834

No. 97–9013. Cox v. Norris, Director, Arkansas Department of Correction. C. A. 8th Cir. Certiorari denied.

No. 97–9014. Allison v. Illinois. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 97–9016. Staten v. Pruitt et al. C. A. 5th Cir. Certiorari denied.

No. 97–9019. Rezaq v. United States. C. A. D. C. Cir. Certiorari denied.

No. 97–9021. Brewer v. United States. C. A. 8th Cir. Certiorari denied.

No. 97–9025. Jones v. West, Secretary of Veterans Affairs. C. A. Fed. Cir. Certiorari denied.

No. 97–9027. Solis v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, et al. C. A. 5th Cir. Certiorari denied.

No. 97–9028. Shawley v. Kyler, Superintendent, State Correctional Institution and Diagnostic/Classification Center at Camp Hill, et al. C. A. 3d Cir. Certiorari denied.

No. 97–9029. Bucci v. Planned Parenthood Federation of America, Inc. C. A. 2d Cir. Certiorari denied.

No. 97–9030. Santiago v. Massachusetts. C. A. 1st Cir. Certiorari denied.

No. 97–9031. Park v. County of San Mateo et al. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–9036. Zankich v. Phoenix Cardiologists et al. C. A. 9th Cir. Certiorari denied.

No. 97–9037. Baez v. United States District Court for the Northern District of Georgia. C. A. 11th Cir. Certiorari denied.